United States Bankruptcy Court
District of Massachusetts

Pelikhov,
    Plaintiff

Adv. Proc. No. 16-01168-fjb

Goldfarb,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1    User: jregan    Page 1 of 1    Date Rcvd: Oct 03, 2016
                      Form ID: apntcdb    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2016.
```
pla           +Eugene Pelikhov,    14 Orleans Avenue,    Salem, MA 01970-1816
dft           +Lev Goldfarb,    6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200
dft           +Lydmila Rogalin,    6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2016 at the address(es) listed below:
```
              Carolyn Bankowski-13    13trustee@ch13boston.com
              Gary W. Cruickshank    on behalf of Plaintiff Eugene  Pelikhov gwc@cruickshank-law.com
              Gary W. Cruickshank    on behalf of Creditor Eugene  Pelikhov gwc@cruickshank-law.com
              James S. LaMontagne    on behalf of Defendant  Capital One Bank (USA), N.A.
               jlamontagne@sheehan.com,   nhbankruptcycourt@sheehan.com;ntoli@sheehan.com
              John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
              Martin A. Mooney    on behalf of Creditor    Financial Services Vehicle Trust
               tshariff@schillerknapp.com,  tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com
              Matthew Shayefar    on behalf of Plaintiff Eugene  Pelikhov matt@bostonlawgroup.com
              Matthew Shayefar    on behalf of Creditor Eugene  Pelikhov matt@bostonlawgroup.com
              Valentin D. Gurvits    on behalf of Creditor Eugene  Pelikhov vgurvits@bostonlawgroup.com
              Valentin D. Gurvits    on behalf of Plaintiff Eugene  Pelikhov vgurvits@bostonlawgroup.com
              Valentin D. Gurvits    on behalf of Plaintiff Eugene  Pelikov vgurvits@bostonlawgroup.com
              Vladimir von Timroth    on behalf of Debtor Lev  Goldfarb vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
              Vladimir von Timroth    on behalf of Defendant Lydmila  Rogalin vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
              Vladimir von Timroth    on behalf of Plaintiff Lev  Goldfarb vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
              Vladimir von Timroth    on behalf of Plaintiff Lydmila  Rogalin vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
              Vladimir von Timroth    on behalf of Joint Debtor Lydmila  Rogalin vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
              Vladimir von Timroth    on behalf of Defendant Lev  Goldfarb vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
```
                                                                                                               TOTAL: 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re   Lev Goldfarb and Lydmila Rogalin | Related Bankruptcy Case: 16−12339 |
| Debtor | Chapter 13 |
| | Judge Frank J. Bailey |
| Eugene Pelikhov | Adversary Proceeding: 16−01168 |
| Plaintiff | |
| vs. | |
| Lev Goldfarb and Lydmila Rogalin | |
| Defendant | |

**COURT NOTICE REGARDING THE DEBTOR'S REPRESENTATION**
**IN THIS ADVERSARY PROCEEDING**

On **SEPTEMBER 30, 2016,** an Adversary Proceeding was filed and the debtor(s) is named as a Pursuant to MLBR 9010−2 noted below, debtor's counsel has been added as the attorney for the debtor(s) in this Adversary Proceeding.

**Massachusetts Local Bankruptcy Rule 9010−2:**

   1. With respect to Rule 9010−2(a):

Absent an appearance pursuant to Rule 9010−2(b)(2) or withdrawal pursuant to Rule 9010−3, an attorney representing a debtor in a bankruptcy case must represent the debtor in all aspects of the main case, including motions and contested matters, and in any adversary proceeding relating to the debtor's discharge and/or the dischargeability of any debt. The attorney shall also represent the debtor in any other adversary proceeding in which the debtor is a named defendant unless the debtor expressly agrees otherwise in writing at the commencement of the representation and such agreement is noted on the attorney's initial disclosure under Fed.R.Bankr.P. 2016(b). Any Rule 2016(b) disclosure and/or agreement between the attorney and the debtor at variance with this Rule shall be deemed void and of no force and effect.

   2. With respect to Rule 9010−2(b)(2):

An attorney who chooses to file a general appearance for an otherwise pro se debtor, without compensation, shall not thereby be required to represent the debtor in any adversary proceeding other than with respect to discharge or the dischargeability of debt.

Date:10/3/16                                                                                    By the Court,

                                                                                                Joan M. Regan
                                                                                                Deputy Clerk
                                                                                                617−748−5342