UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

_____

In re:
LEV GOLDFARB and                               Chapter 13
LYDMILA ROGALIN,                               Case No. 16-12339
       Debtor
_____

EUGENE PELIKOV,
       Plaintiff                        Adversary Proceeding
   Vs.                                        No: 16-01168

LEV GOLDFARB and
LYDMILA ROGALIN
       Defendants.

_____

ANSWER OF DEFENDANTS, LEV GOLDFARB and LYDMILA ROGALIN,
TO COMPLAINT AGAINST DEBTORS
AND TO OBJECT TO DISCHARGEABILITY OF DEBT
_____

NOW COME LEV GOLDFARB and LYDMILA ROGALIN, the Defendants in the above-referenced Adversary Proceeding, through their counsel and hereby submit their answer to the complaint of Eugene Pelikov against the Debtors and to Object to Dischargeability of Debt as follows:

1. The Defendants deny the allegations contained in this paragraph.

2. The Defendants admit the allegations contained in this paragraph.

3. The Defendants admit the allegations contained in this paragraph.

4. The Defendants admit the allegations contained in this paragraph.

5. The Defendants admit the allegations contained in this paragraph.

6. The Defendants admit the allegations contained in this paragraph.

7. The Defendants admit the allegations contained in this paragraph.

8. The Defendants admit the allegations contained in this paragraph.

9. The Defendants admit the allegations contained in this paragraph.

10. The Defendants admit the allegations contained in this paragraph.

11. The Defendants admit the allegations contained in this paragraph.

12. The Defendants admit the allegations contained in this paragraph.

13. The Defendants admit the allegations contained in this paragraph.

14. The Defendants admit the allegations contained in this paragraph.

15. The Defendants admit the allegations contained in this paragraph.

16. The Defendants admit the allegations contained in this paragraph.

17. The document speaks for itself.

18. The Defendants admit the allegations contained in this paragraph.

19. The Defendants admit the allegations contained in this paragraph.

20. The Defendants admit the allegations contained in this paragraph.

21. The Defendants admit the allegations contained in this paragraph.

22. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

23. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

24. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

25. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

26. The Defendants ae without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

27. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

28. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

29. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

30. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

31. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

32. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

33. The document speaks for itself.

34. The document speaks for itself.

35. The Defendants deny the allegations contained in this paragraph.

36. The document speaks for itself.

37. The document speaks for itself.

38. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

39. The document speaks for itself.

40. The Defendants deny the allegations contained in this paragraph.

41. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

42. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

43. The Defendants admit the allegations contained in this paragraph.

44. The Defendants admit the allegations contained in this paragraph.

45. The Defendants admit the allegations contained in this paragraph.

46. The Defendants admit the allegations contained in this paragraph.

47. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

48. The Defendants deny the allegations contained in this paragraph.

49. The Defendants deny the allegations contained in this paragraph.

50. No response is required as averment calls for a conclusion of law.

51. The Defendants deny the allegations contained in this paragraph.

52. The Defendants admit the allegations contained in this paragraph.

53. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

54. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

55. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

56. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

57. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

58. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

59. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

60. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

61. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

62. The Defendants repeat and incorporate by reference their responses contained in paragraphs 1 through 61 of this Answer.

63. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

64. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

65. The Defendants repeat and incorporate by reference their responses contained in paragraphs 1 through 64 of this Answer.

66. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

67. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

68. The Defendants repeat and incorporate by reference their responses contained in paragraphs 1 through 67 of this Answer.

69. The Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Plaintiff's Complaint is barred by the doctrines of waiver, estoppel, latches, and unclean hands.

### THIRD AFFIRMATIVE DEFENSE

If the Plaintiff has suffered any injury or damages as alleged, such injury or damage was caused by or is attributable, in whole or in part, to the Plaintiff's own negligent acts or omissions.

## FOURTH AFFIRMATIVE DEFENSE

The Plaintiff has failed to mitigate its alleged damages.

## FIFTH AFFIRMATIVE DEFENSE

Any injuries sustained by the Plaintiff were not the proximate result of any conduct of the Defendants, but were caused by the acts or omissions of others over whom the Defendants had no control or responsibility.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, due to Plaintiff's own comparative fault, culpable conduct, and assumption of risk.

## SEVENTH AFFIRMATIVE DEFENSE

The Defendants reserve the right to assert additional affirmative defenses as the grounds for such affirmative defenses are discovered.

THE DEFENDANTS HEREBY REQUEST TRIAL BY JURY.

LEV GOLDFARB and
LYDMILA ROGALIN
By and through their counsel:

*/s/ Vladimir von Timroth*

_____
Vladimir von Timroth, Esq., BBO #643553
Law Office of Vladimir von Timroth
405 Grove Street, Suite 204
Worcester, MA 01605
Tel. 508-753-2006
Fax 774-221-9146
vontimroth@gmail.com

Dated: October 17, 2016

CERTIFICATE OF SERVICE

I, Vladimir von Timroth, do hereby certify that I will, upon receipt of the notice of electronic service, serve a copy of the within document by mailing the same to any of the parties below who are not deemed to have consented to electronic notice or service under EFR 9.

                                         /s/ *Vladimir von Timroth*
                                         _____
                                         Vladimir von Timroth, Esq., BBO #643553
                                         vontimroth@gmail.com

Dated: October 17, 2016

Lev Goldfarb
Lydmila Rogalin
6 Loring Hills Avenue, C-6
Salem, MA 01970

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Carolyn Bankowski-13
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114

Eugene Pelikhov
14 Orleans Avenue
Salem, MA 01970

Gary W. Cruickshank
Law Office of Gary W. Cruickshank
21 Custom House Street
Suite 920
Boston, MA 02110

Evan Fray-Witzer
Ciampa Fray-Witzer
20 Park Plaza
Suite 505
Boston, MA 02116

Valentin D. Gurvits
Boston Law Group PC
825 Beacon Street
Ste. 20
Newton Centre, MA 02459

Matthew Shayefar
Boston Law Group PC
825 Beacon Street
Ste. 20
Newton Centre, MA 02459