UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

_____

In re:
LEV GOLDFARB and                                   Chapter 13
LYDMILA ROGALIN,                                   Case No. 16-12339
        Debtor
_____

EUGENE PELIKOV,
        Plaintiff                                  Adversary Proceeding
   Vs.                                             No: 16-01168

LEV GOLDFARB and
LYDMILA ROGALIN
        Defendants.

_____

DEFENDANTS' LEV GOLDFARB and LYDMILA ROGALIN
STATEMENT REGARDING PRESERVATION OF EVIDENCE
_____

Defendants Lev Goldfarb and Lydmila Rogalin, by and through their undersigned counsel, file this statement pursuant to Section 4 of this Court's Scheduling and Pretrial Order dated October 24, 2016 (Court Doc#10).

In support of this statement, Lev Goldfarb and Lydmila Rogalin confirm that counsel for the Defendants has conferred with the Defendants regarding their duties to preserve evidence and the provisions of Fed. R. Civ. P. 37(e)

                                                      LEV GOLDFARB and
                                                      LYDMILA ROGALIN
                                                      By and through their counsel:

                                                        */s/ Vladimir von Timroth*
                                                        _____
                                                        Vladimir von Timroth, Esq., BBO #643553
                                                       Law Office of Vladimir von Timroth
                                                       405 Grove Street, Suite 204
                                                       Worcester, MA 01605
                                                       Tel. 508-753-2006
                                                       Fax 774-221-9146
                                                       vontimroth@gmail.com

Dated: October 31, 2016

CERTIFICATE OF SERVICE

I, Vladimir von Timroth, do hereby certify that I will, upon receipt of the notice of electronic service, serve a copy of the within document by mailing the same to any of the parties below who are not deemed to have consented to electronic notice or service under EFR 9.

/s/ *Vladimir von Timroth*
_____
Vladimir von Timroth, Esq., BBO #643553
vontimroth@gmail.com

Dated: October 31, 2016

Lev Goldfarb
Lydmila Rogalin
6 Loring Hills Avenue, C-6
Salem, MA 01970

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Carolyn Bankowski-13
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114

Eugene Pelikhov
14 Orleans Avenue
Salem, MA 01970

Gary W. Cruickshank
Law Office of Gary W. Cruickshank
21 Custom House Street
Suite 920
Boston, MA 02110

Evan Fray-Witzer
Ciampa Fray-Witzer
20 Park Plaza
Suite 505
Boston, MA 02116

Valentin D. Gurvits
Matthew Shayefar
Boston Law Group PC
825 Beacon Street
Ste. 20
Newton Centre, MA 02459