**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>LEV GOLDFARB and<br>LYDMILA ROGALIN,<br><br>    Debtors<br><br>―――――――――――――<br><br>EUGENE PELIKHOV,<br><br>    Plaintiff,<br><br>v.<br><br>LEV GOLDFARB and<br>LYDMILA ROGALIN,<br><br>    Defendants. | **Chapter 13**<br>**Case No. 16-12339-FJB**<br><br><br><br><br><br><br><br>**Adversary Proceeding**<br>**No. 16-01168-FJB** |

**CONFIRMATION REGARDING PRESERVATION OF EVIDENCE**
**AND RULE 37(e)**

    Undersigned counsel to Plaintiff Eugene Pelikhov in the above captioned adversary proceeding, in accordance with paragraph 4 of this Court's Scheduling and Pretrial Order dated October 24, 2016 (Docket No. 10), hereby confirms that he has conferred with his client regarding the duties of parties to preserve evidence and the provisions of Federal Rule of Civil Procedure 37(e).

1

        Respectfully Submitted,
        Matthew Shayefar
        Counsel for Plaintiff Eugene Pelikhov

        /s/ Matthew Shayefar, Esq.
        Matthew Shayefar, Esq.
        Boston Law Group, PC
        825 Beacon Street, Suite 20
        Newton, Massachusetts 02459
        Tel: 617-928-1806
        Fax: 617-928-1804
        matt@bostonlawgroup.com

Dated: October 31, 2016

## Certificate of Service

    I hereby certify that this document, filed through the ECF system on October 31, 2016, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        /s/ Matthew Shayefar, Esq.