UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

In re:
LEV GOLDFARB and
LYDMILA ROGALIN,
    Debtor

Chapter 13
Case No. 16-12339

EUGENE PELIKOV,
    Plaintiff
Vs.

Adversary Proceeding
No: 16-01168

GOLD AND FARB, INC.,
LEV GOLDFARB,
ALEXANDER GOLDFARB AND
LYDMILA ROGALIN
    Defendants.

STATEMENT OF DEFENDANTS PURSUANT TO THIS COURT'S ORDER DATED NOVEMBER 7, 2016 REGARDING CONSENT TO JURISDICTION, ENTRY OF FINAL ORDER AND JURY TRIAL

Now Comes, Gold and Farb, Inc., Lev Goldfarb, Ludmila Rogalin and Alexander Goldfarb and each state that each of them:

1. consent to this Court exercising jurisdiction to adjudicate all counts of this Proceeding;

2. consent to this Court entering final judgment (subject to appeal to either the Bankruptcy Appellate Panel or A US District Court Judge) on all counts of this Proceeding;

3. consent to this Court conducting a Jury Trial in this Proceeding to the extent the issue is triable to a jury and a proper jury demand has been made.

_Lev Goldfarb_

Lev Goldfarb

_Alex Goldfarb_

Alex Goldfarb

_Lydmila Rogalin_

Ludmila Rogalin

_Lev Goldfarb_

Gold and Farb, Inc. by its President

Lev Goldfarb

SUBMITTED BY

/s/ *Vladimir von Timroth*

Vladimir von Timroth, Esq., BBO #643553
Law Office of Vladimir von Timroth
405 Grove Street, Suite 204
Worcester, MA 01605
Tel. 508-753-2006
Fax 774-221-9146

vontimroth@gmail.com
Dated: October 31, 2016

CERTIFICATE OF SERVICE

I, Vladimir von Timroth, do hereby certify that I will, upon receipt of the notice of electronic service, serve a copy of the within document by mailing the same to any of the parties below who are not deemed to have consented to electronic notice or service under EFR 9.

/s/ *Vladimir von Timroth*

Vladimir von Timroth, Esq., BBO #643553
vontimroth@gmail.com

Dated: October 31, 2016
Lev Goldfarb
Lydmila Rogalin
6 Loring Hills Avenue, C-6
Salem, MA 01970

John Fitzgerald
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Carolyn Bankowski-13
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114

Eugene Pelikhov

Evan Fray-Witzer
Ciampa Fray-Witzer
20 Park Plaza
Suite 505
Boston, MA 02116

Valentin D. Gurvits
Matthew Shayefar
Boston Law Group PC
825 Beacon Street
Ste. 20
Newton Centre, MA 02459