UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Pelikhov v. Goldfarb et al          **Case/AP Number** 16-01168 **-FJB**
                                               **Chapter**

#19 Certificate of Rule 26(f) Conference and Rule 26(f) Discovery Plan (Re: [16] Order) filed by Plaintiff Eugene Pelikhov (Shayefar, Matthew)

**COURT ACTION:**

_____Hearing held

_____Granted          _____Approved          _____Moot

_____Denied           _____Denied without prejudice          _____Withdrawn in open court

_____Overruled _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released  _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Plaintiff is directed to file, on or before December 27, 2016, this document in Adversary Proceeding No. 16-01131 in accordance with the Order of Consolidation [#16].

IT IS SO ORDERED:

*Frank J. Bailey* (signature)

_____Dated: 12/22/2016
Frank J. Bailey
United States Bankruptcy Judge