United States Bankruptcy Court
District of Massachusetts

Pelikhov,
    Plaintiff

Adv. Proc. No. 16-01168-fjb

Goldfarb,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: ncalvo     Page 1 of 1     Date Rcvd: Dec 22, 2016
                      Form ID: pdf012     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2016.
```
pla            +Eugene Pelikhov,    14 Orleans Avenue,    Salem, MA 01970-1816
dft            +Lev Goldfarb,    6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200
dft            +Lydmila Rogalin,    6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Dec 22 2016 23:28:40      John Fitzgerald,
                Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
                5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3901
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2016 at the address(es) listed below:
```
              Evan Fray-Witzer    on behalf of Plaintiff Eugene  Pelikhov Evan@CFWLegal.com
              Gary W. Cruickshank    on behalf of Plaintiff Eugene  Pelikhov gwc@cruickshank-law.com
              Matthew Shayefar    on behalf of Plaintiff Eugene  Pelikhov matt@bostonlawgroup.com
              Valentin D. Gurvits    on behalf of Plaintiff Eugene  Pelikhov vgurvits@bostonlawgroup.com
              Vladimir von Timroth    on behalf of Defendant Lydmila  Rogalin vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
              Vladimir von Timroth    on behalf of Defendant Lev  Goldfarb vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order**

In Re: Pelikhov v. Goldfarb et al                    Case/AP Number 16-01168 -FJB
                                                     Chapter

    #19 Certificate of Rule 26(f) Conference and Rule 26(f) Discovery Plan (Re: [16] Order)
    filed by Plaintiff Eugene Pelikhov (Shayefar, Matthew)

**COURT ACTION:**

    _____Hearing held

    _____Granted     _____Approved     _____Moot

    _____Denied     _____Denied without prejudice     _____Withdrawn in open court

    _____Overruled     _____Sustained

    _____Continued to _____

    _____Proposed order to be submitted by _____

    _____Stipulation to be submitted by_____

    _____No appearance by _____

Show Cause Order     _____Released     _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Plaintiff is directed to file, on or before December 27, 2016, this document in Adversary Proceeding No. 16-01131 in accordance with the Order of Consolidation [#16].

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____ Dated: 12/22/2016
Frank J. Bailey
United States Bankruptcy Judge