## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| In re<br><br>LEV GOLDFARB and<br>LYDMILA ROGALIN,<br><br>                                  **Debtors**<br>_____<br><br>EUGENE PELIKHOV,<br>                                  **Plaintiff**<br><br>v.<br><br>GOLD AND FARB, INC.,<br>LEV GOLDFARB,<br>ALEXANDER GOLDFARB, and<br>LYDMILA ROGALIN,<br>                                  **Defendants**<br>_____<br><br>EUGENE PELIKHOV,<br>                                  **Plaintiff**<br><br>v.<br><br>LEV GOLDFARB, and<br>LYDMILA ROGALIN,<br>                                  **Defendants** | Chapter 13<br>Case No. 16-12339-FJB<br><br><br><br><br><br>Adversary Proceeding<br>No. 16-1131<br><br><br><br><br><br><br><br><br><br><br>Adversary Proceeding<br>No. 16-1168 |

### JUDGMENT

The parties to the above entitled adversary proceedings having entered into a comprehensive settlement agreement as to both adversary proceedings; after notice and a hearing, the Court having approved the same; and pursuant to the settlement agreement, the parties having now filed agreements for entry of judgment in each adversary proceeding;

Now, in accordance with the agreements for judgment, the Court hereby ORDERS, ADJUDGES, and DECLARES that

(i) on count I through XI of the complaint in Adversary Proceeding No. 16-1131, Eugene Pelikhov ("Pelikhov") shall recover of defendants Gold and Farb, Inc, Lev Goldfarb, Alexander Goldfarb, and Lydmila Rogalin (together, "the Defendants"), jointly and severally, the sum of $100,000;

(ii) on Counts I through III of the complaint in Adversary Proceeding No. 16-1168, the above judgment debt is excepted from any discharge that defendants Lev Goldfarb and Lydmila Rogalin may receive in the bankruptcy case in which these adversary proceedings have been filed; and

(iii) the payment and enforcement of the above judgment debt shall be governed by the approved settlement agreement.

Date:  August 30, 2018

_____
Frank J. Bailey
United States Bankruptcy Judge