United States Bankruptcy Court
District of Massachusetts

Pelikhov,
    Plaintiff                                        Adv. Proc. No. 16-01168-fjb

Goldfarb,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: jregan     Page 1 of 1     Date Rcvd: Aug 30, 2018
                            Form ID: pdf012     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2018.
```
pla            +Eugene Pelikhov,    14 Orleans Avenue,    Salem, MA 01970-1816
dft            +Lev Goldfarb,   6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200
dft            +Lydmila Rogalin,   6 Loring Hills Avenue, C-6,    Salem, MA 01970-4200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Aug 30 2018 23:34:16      John Fitzgerald,
                 Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
                 5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3901
                                                                                              TOTAL: 1
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2018                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2018 at the address(es) listed below:
```
              Evan Fray-Witzer    on behalf of Plaintiff Eugene  Pelikhov Evan@CFWLegal.com
              Gary W. Cruickshank    on behalf of Plaintiff Eugene  Pelikhov gwc@cruickshank-law.com
              Matthew Shayefar    on behalf of Plaintiff Eugene  Pelikhov matt@bostonlawgroup.com
              Valentin D. Gurvits    on behalf of Plaintiff Eugene  Pelikhov vgurvits@bostonlawgroup.com
              Vladimir von Timroth    on behalf of Defendant Lydmila  Rogalin vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com;dvontimrecf@gmail.com
              Vladimir von Timroth    on behalf of Defendant Lev  Goldfarb vontimroth@gmail.com,
               vontimrothecf@gmail.com;vontimrothecfmail@gmail.com;dvontimrecf@gmail.com
                                                                                              TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| In re<br><br>LEV GOLDFARB and<br>LYDMILA ROGALIN,<br><br>　　　　　　　　　　Debtors<br>_____<br><br>EUGENE PELIKHOV,<br>　　　　　　　　　　Plaintiff<br><br>v.<br><br>GOLD AND FARB, INC.,<br>LEV GOLDFARB,<br>ALEXANDER GOLDFARB, and<br>LYDMILA ROGALIN,<br>　　　　　　　　　　Defendants<br>_____<br><br>EUGENE PELIKHOV,<br>　　　　　　　　　　Plaintiff<br><br>v.<br><br>LEV GOLDFARB, and<br>LYDMILA ROGALIN,<br>　　　　　　　　　　Defendants | Chapter 13<br>Case No. 16-12339-FJB<br><br><br><br><br><br><br>Adversary Proceeding<br>No. 16-1131<br><br><br><br><br><br><br><br>Adversary Proceeding<br>No. 16-1168 |

## JUDGMENT

The parties to the above entitled adversary proceedings having entered into a comprehensive settlement agreement as to both adversary proceedings; after notice and a hearing, the Court having approved the same; and pursuant to the settlement agreement, the parties having now filed agreements for entry of judgment in each adversary proceeding;

     Now, in accordance with the agreements for judgment, the Court hereby ORDERS, ADJUDGES, and DECLARES that

(i)     on count I through XI of the complaint in Adversary Proceeding No. 16-1131, Eugene Pelikhov ("Pelikhov") shall recover of defendants Gold and Farb, Inc, Lev Goldfarb, Alexander Goldfarb, and Lydmila Rogalin (together, "the Defendants"), jointly and severally, the sum of $100,000;

(ii)     on Counts I through III of the complaint in Adversary Proceeding No. 16-1168, the above judgment debt is excepted from any discharge that defendants Lev Goldfarb and Lydmila Rogalin may receive in the bankruptcy case in which these adversary proceedings have been filed; and

(iii)     the payment and enforcement of the above judgment debt shall be governed by the approved settlement agreement.

Date:  August 30, 2018

                                                  _____
                                                Frank J. Bailey
                                                United States Bankruptcy Judge